IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 95-00102-01-CR-W-HFS |
| | ) | |
| vs. | ) | |
| | ) | Date: December 28, 2011 |
| Eric J. Jiles, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE SHEET

HONORABLE Howard F. Sachs presiding at Kansas City, Missouri.
=====================================================================
Nature of Proceeding: Supervised Release Revocation Hearing

Time Commenced: 1:30 p.m.                Time Terminated: 3:30 p.m.

Plaintiff by: William L. Meiners, AUSA    Defendant by: Laine T. Cardarella, AFPD

Comments: All parties appear. Attorney conference held. Court in session. Government presents evidence. Chasen Crowell testifies from 1:50 p.m. to 2:10 p.m. Government's exhibit A offered and admitted into evidence at 2:10 p.m. Detective Christopher Onik testifies from 2:10 p.m. to 2:25 p.m. Matthew Falkner testifies from 2:25 p.m. to 2:35 p.m. Defendant presents evidence. Eric Jiles testifies from 2:35 p.m. to 2:45 p.m. Court finds defendant in violation of committing offenses. Motion to revoke (#71) granted. Defendant granted allocution. SENTENCE: See revocation j&c for details. Defendant advised of right to appeal.

Court Reporter: Kathy Calvert                Tina Duer, CRD